United States District Court
Southern District of Texas
**ENTERED**
October 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW BELCHER, Individually And On Behalf of All Similarly Situated Persons, <br> Plaintiff, <br><br> v. <br><br> SCHLUMBERGER TECHNOLOGY CORPORATION, <br> Defendant. | § § § § § § § § § § § § | <br><br><br><br><br> CIVIL ACTION NO. 4:15-CV-2429 <br><br><br><br> JURY DEMANDED |

## ORDER APPROVING CONFIDENTIAL SETTLEMENT AGREEMENT AND GRANTING DISMISSAL WITH PREJUDICE

Came on this day for consideration the Parties' Joint Motion for Confidential Approval of Settlement in connection with the above-referenced case (the "Joint Motion"). After due consideration, this Court is of the opinion that the Joint Motion should be in all things **GRANTED**.

The Court finds that the Settlement Agreement is an adequate, fair and reasonable resolution of a bona fide dispute over wages owed pursuant to the Fair Labor Standards Act (the "FLSA"), and accordingly, the Settlement Agreement is **APPROVED**.

It is **FURTHER ORDERED, ADJUDGED and DECREED** that all claims asserted by Plaintiff against Defendant in this matter are hereby **DISMISSED WITH PREJUDICE.**

It is **FURTHER ORDERED** that the Court shall retain jurisdiction over the Parties to enforce the Settlement Agreement.

Signed at Houston, Texas on October 30, 2017.

_____
Gray H. Miller
United States District Judge